

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00070-CV

———————————————

ROBERT H. KUHN AND GWYNNE A. KUHN, Appellants

V.

AERO VALLEY PROPERTY OWNERS ASSOCIATION, Appellee

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 21-1576-467

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellants' brief was due on July 7, 2025. On July 23, 2025, we notified appellants that their brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellants filed with the court an appellants' brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellants have failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal.

Per Curiam

Delivered: August 14, 2025

2